IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Ray Garcia, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 3:10-cv-76 |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER FINDING REPORT AND** |
| Wardon Redmann, | ) | **RECOMMENDATION MOOT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Petitioner Ray Garcia's application to proceed *in forma pauperis* be denied (Doc. #4). The basis for the magistrate judge's decision was that Garcia had sufficient funds to pay the $5.00 filing fee.

On September 2, 2010, Garcia paid the $5.00 filing fee. The Court, therefore, finds both Garcia's motion for leave to proceed *in forma pauperis* (Doc. #2), and the magistrate judge's Report and Recommendation addressing the motion (Doc. #6) **MOOT**.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2010.

*/s/ Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court